BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:06-MJ-00222 DAD |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| MARIO HELIODORO LOZANO, | |
| Defendant. | |

The United States' motion to dismiss without prejudice the underlying UFAP complaint and recall the arrest warrant in the above referenced case, 06-MJ-00222 DAD against defendant MARIO HELIODORO LOZANO is GRANTED.

DATED: May 20, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1